**LOCAL BANKRUPTCY FORM 9037-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE:**

|                        |   |                           |
|------------------------|---|---------------------------|
|                        | : | CHAPTER 13                |
| PAUL ZAVINSKY          | : |                           |
|                        | : | CASE NO. 1 – 13 -bk- 01661 |
|                        | : |                           |
|                        | : |                           |
| * Debtor(s)            | : |                           |

**APPLICATION REQUESTING REDACTION OF PERSONAL INFORMATION**

<u>RBS Citizens</u>, hereby states that the following document(s) contain personally identifiable information as defined in Fed. R. Bankr. P. 9037 and requests that these document(s) be redacted pursuant to Local Rule 9037-1:

Proof of Claim No. 1-1
_____

_____

_____

[specifically describe the document(s) you are seeking to redact, preferably indicating the docket number. For example, Docket. No. 32, Exhibit A to Certification in Support of Motion for Relief from the Automatic Stay].

I am [check appropriate box]:

      [ ✓ ] including the $25.00 redaction fee.
      [　] requesting waiver of the redaction fee on the grounds that
_____

_____

[Specify the reason(s) you believe you should not have to pay the redaction fee. For example, "I am the debtor and am seeking to redact personal identifiers from records that were filed by a creditor in the case."]

I understand that I must serve a copy of this application on the debtor, any individual whose personal identifiers have been exposed, the case trustee (if any), and the United States trustee. I must file proof of service of this application within five (5) days of filing it with the Court.

I declare under penalty of perjury that the foregoing is true and correct.


                    /s/ John M. Steidle_____
                    Signature of Applicant

   Date: 3/21/2017