```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 13-01661-RNO
Paul Zavinsky                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AGarner            Page 1 of 1              Date Rcvd: Mar 22, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2017.
db             +Paul Zavinsky,    212 E Main Street,    Hummelstown, PA 17036-1716

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2017 at the address(es) listed below:
              Andrew Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Paul   Zavinsky DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Jeniece Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jeniece Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com, bonnie@mvrlaw.com
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com, lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Paul   Zavinsky karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

Paul Zavinsky

fdba Paul Zavinsky

         Chapter   13

         Case Number  1:13-bk-01661-RNO

    Debtor(s)

## ORDER

It is hereby, **ORDERED** that the Application Requesting Redaction of personal Information is:

**GRANTED.** The Redacted document(s) must be filed with the Court within fourteen (14) days of the date of this Order by the: **Applicant**

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: March 21, 2017

MDPA-Order on Request for Redaction.WPT REV 06/16

Case 1:13-bk-01661-RNO   Doc 36   Filed 03/24/17   Entered 03/25/17 00:45:21   Desc
Imaged Certificate of Notice   Page 2 of 2