IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAUL ZAVINSKY | : | |
| FDBA PAUL ZAVINSKY | : | CASE NO. 1:13-bk-01661 |
| | : | |
| | : | |
| Debtor(s) | : | |

**MOTION TO TERMINATE
WAGE ATTACHMENT TO PAY TRUSTEE**

Comes now the Debtor, Paul Zavinsky, by and through Kara K. Gendron, Esquire and moves this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtor filed a Chapter 13 Petition on March 29, 2013.
2. The Debtor has completed plan payments and wishes to terminate the wage attachment.

Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

    Respectfully submitted,

    /s/ Kara K. Gendron
    _____

    Kara K. Gendron, Esquire,
    Attorney ID 87577
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    Tel (717)232-6650
    Fax (717) 232-0477
    karagendron@gmail.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PAUL ZAVINSKY | : | |
| FDBA PAUL ZAVINSKY | : | CASE NO. 1:13-bk-01661 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| PAUL ZAVINSKY : | |
| FDBA PAUL ZAVINSKY : | CASE NO. 1:13-bk-01661 |
| : | |
| : | |
| Debtor(s) : | |

## CERTIFICATE OF SERVICE

I certify that Ithat on January 2, 2018 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| VISION RESOURCES OF CENTRAL PA<br>ATTN: PAYROLL DEPARTMENT<br>1130 S 19TH STREET<br>HARRISBURG, PA 17104 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.
Date: 01/02/2018

/s/ Edith Warfel, Secretary
_____
 Mott & Gendron Law
 125 State Street
 Harrisburg, PA 17101
 Tel (717)232-6650
 Fax (717) 232-0477