```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
```

In re:                                                              Case No. 13-01661-RNO
Paul Zavinsky                                                       Chapter 13
          Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1            User: AGarner              Page 1 of 1           Date Rcvd: Jan 03, 2018
                                Form ID: pdf010            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db             +Paul Zavinsky,   212 E Main Street,   Hummelstown, PA 17036-1716
               +VISION RESOURCES OF CENTRAL PA,   ATTN: PAYROLL DEPARTMENT,   1130 S 19TH STREET,
                 HARRISBURG, PA 17104-2912

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Andrew  Goldberg    on behalf of Creditor    Federal National Mortgage Association
               Bkmail@rosicki.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor 1 Paul  Zavinsky DorieMott@aol.com,
               KaraGendronECF@gmail.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Jeniece  Davis    on behalf of Creditor    Federal National Mortgage Association jeniece@mvrlaw.com,
               bonnie@mvrlaw.com
              Jeniece  Davis    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fannie Mae") jeniece@mvrlaw.com,  bonnie@mvrlaw.com
              John Michael Steidle    on behalf of Creditor    Citizens Bank, N.A. f/k/a RBS Citizens, N.A.
               jmsteidle@burnswhite.com,  lmquinn@burnswhite.com;drevanchock@burnswhite.com;creeves@hunton.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor 1 Paul  Zavinsky karagendronecf@gmail.com,
               doriemott@aol.com;mottgendronlaw@gmail.com;bethsnyderecf@gmail.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
PAUL ZAVINSKY :
FDBA PAUL ZAVINSKY : CASE NO. 1:13-bk-01661
 :
 :
   Debtor(s) :

## ORDER

     Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

Dated: January 02, 2018

By the Court,

*Robert N. Opel, II*

Robert N. Opel, II, Chief Bankruptcy Judge (BI)